## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re                                                                                          Case No.   1:25-bk-10461
Richard Paul Kingsborough
Cynthia Eileen Kingsborough

                                     Debtor(s).                           /

### CREDITOR MATRIX COVER SHEET

      I declare that the attached Creditor Mailing Matrix, consisting of __9__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED:   August 12, 2025

                                                                  /s/ Brent D. Meyer

                                                                  Signature of Debtor's Attorney or Pro Per Debtor

Ace Enterprise Inc.
665 Goulart Ranch A Road


Anvil Builders, Inc.
1550 Park Avenue
Emeryville, CA 94608


Arborhawk, Inc.
2932 Ingalls Street
San Francisco, CA 94124


Bailey's Inc.
1210 Commerce Avenue, Suite B
Woodland, CA 95776


Bank of America, N.A.
P.O. Box 982238
El Paso, TX 79998-2238


Benchmark Insurance Companies
P. O. Box 856583
Minneapolis, MN 55485


CalTrees Inc.
P. O. Box 310
Oakhurst, CA 93644


Capital One Bank, N.A.
P.O. Box 31293
Salt Lake City, UT 84131-0293

Celtic Bank
268 South State Street, Suite 300


City Rise
686 E. Lockeford Street
Lodi, CA 95240


Commercial Credit Group
525 N. Tryon Street, Suite 1000
Charlotte, NC 28202


Community Tree Service LLC
333 City Blvd W.
Orange, CA 92868-2903


Community Tree Service LLC
466 Salinas Road
Watsonville, CA 95076


Credit Collection Bure
333 City Blvd W
Orange, CA 92868-2903


Dave Gevas Heavy Transport
P. O. Box 757
Healdsburg, CA 95448


Department of Treasury
3700 E. West Hwy
Hyattsville, MD 20782-2015

Dept of Industrial Relations
P. O. Box 511283
Los Angeles, CA 90051


Diesel Truck and Fleet Services
c/o Herbert RA. Kraft
1500 Rosecrans Avenue, Suite 500
Manhattan Beach, CA 90266


Donahoo, Inc.
6901 Hwy 20
Ukiah, CA 95482


Downey Brand LLP
621 Capital Mall, 18th Floor
Sacramento, CA 95814


Edgar Hernandez
4210 Miles Avenue
Santa Rosa, CA 95407


Elias Diaz
c/o D. Law Inc.
450 N. Brand Blvd., Suite 840
Glendale, CA 91203


Erin O'Connor
c/o D. Law Inc.
450 N. Brand Blvd., Suite 840
Glendale, CA 91203


Eydent Insurance Services
P. O. Box 1905
Mount Pleasant, MI 48804

First Financial Holdings LLC
750 The City Drive S., Suite 300
Orange, CA 92868


Ford Motor Credit
P. O. Box 552679
Detroit, MI 48255


Franchise Tax Board
Bankruptcy Section MS A-340
P.O. Box 2952
Sacramento, CA 95812


G & G Heavy Equipment Rental
P. O. Box 1386
Healdsburg, CA 95448


Gateway Bank, F.S.B.
2306 Merced Street
San Leandro, CA 94577-4209


George Hills
P. O. Box 278
Rancho Cordova, CA 95741


Gregory & Associates
4641 Post Street #5456
El Dorado Hills, CA 95762


Hartill Heavy Hail Inc.
P. O. Box 762
Arbuckle, CA 95912

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Jim Armstrong, Inc.
P. O. Box 1544
Twain Harte, CA 95383


John Deere Financial
6400 NW 86th Street
Johnston, IA 50131


JPMorgan Chase Bank, N.A.
P.O. Box 6294
Carol Stream, IL 60197


Kingsborough Atlas Tree Surgery Inc.
1544 Ludwig Avenue
Santa Rosa, CA 95407


Laborers Health & Wel. Trust Fund N. Cal
3000 Clayton Road
Concord, CA 94519


Laborers Pension Trust Fund N. Cal
3000 Clayton Road
Concord, CA 94519


Laborers Training Trust Fund N. Cal
3000 Clayton Road
Concord, CA 94519

Laborers Vacation-Hol Trust Fund N. Cal
3000 Clayton Road
Concord, CA 94519


Liz Yardley
820 Quieto Calle
Santa Rosa, CA 95409


Lorene Silveria
2010 Bristlecone Court
Santa Rosa, CA 95403


McSherry & Hudson
P. O. Box 2690
Watsonville, CA 95077


Miguel Bazan
c/o D. Law Inc.
450 N. Brand Blvd., Suite 840
Glendale, CA 91203


Mitch Russell
1544 Ludwig Avenue
Santa Rosa, CA 95407


Mitsubitshi-Hitachi Capital American Co.
21925 Network Place
Chicago, IL 60673


NEBF-NEAP
P. O. Box 824510
Philadelphia, PA 19182

Nicholas Nociforo
c/o Sarkissian Law Group
4605 Lankershim Blvd, Suite 650
North Hollywood, CA 91602


Nick Barbieri Trucking LLC
c/o T. Britt Rudman
9194 W. Olympic Blvd, Suite #119
Beverly Hills, CA 90212


Northbay Petroleum
P. O. Box 511578
Los Angeles, CA 90051


Pam Lane
8930 Oak Grove Avenue
Sebastopol, CA 95472


Peterson Cat/Caterpillar Financial Comm.
P. O. Box 735638
Dallas, TX 75373


Plumas Bank
P. O. Box 588
Chester, CA 96020


PMAIC-PMA Companies
P. O. Box 824870
Philadelphia, PA 19182


Porter Simon Law Office
40200 Truckee Airport Road # 1
Truckee, CA 96161

Red's Residential & Restaurant Construct
4965 Vine Hill Road
Sebastopol, CA 95472


Ritchie Bros Auctioneers
5500 County Rd 99W
Dunnigan, CA 95937


Sonoma County Resource Recovery
7911 Redwood Drive #202
Cotati, CA 94931


Traffic Management, Inc.
Dept. La 24606
Pasadena, CA 91185


U.S. Small Business Administration
P. O. Box 3918
Portland, OR 97208


Verizon
P. O. Box 660108
Dallas, TX 75266


Vito Trucking LLC
1415 Sandpoint Drive
Ceres, CA 95307


Weinberg Roger & Rosenfeld
1375 55th Street
Emeryville, CA 94608

```
Wells Fargo Home Mortgage
P.O. Box 14411
Des Moines, IA 50306


Wilhelm LLC
2500 Daniels Bridge Road
Bldg. 200, Suite 1-D
Athens, GA 30606


William Gleason Special Needs Trust
170 Farmer Lane, Suite 9
Santa Rosa, CA 95405
```