

The following constitutes the order of the Court.
Signed: August 26, 2025

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>RICHARD PAUL KINGSBOROUGH AND<br>CYNTHIA EILEEN KINGSBOROUGH,<br><br>Debtors. | Bankruptcy Case<br>No. 25-10461-WJL<br><br>Chapter 11<br><br>**SETTLEMENT CONFERENCE ORDER**<br><br>Settlement Conference:<br>Date: ___**TBD**___, 2025<br>Time: 9:30 AM/10:30 AM<br>Place: U.S. Bankruptcy Court<br>      450 Golden Gate Avenue<br>      Courtroom 17, 16th Fl.<br>      San Francisco, CA |

Good cause appearing, IT IS HEREBY ORDERED that:

1. A settlement conference regarding the disputes among debtors Richard Paul Kingsborough and Cynthia Eileen Kingsborough, debtor Kingsborough Atlas Tree Surgery Inc., in Case No. 25-10088-WJL (collectively, the "Debtors"), and Anvil Builders, Inc., et al ("Creditor") relating to all disputes among them in their Chapter 11 cases and in A.P. Nos. 25-1005 and 25-1008 and related matters, will be held before Bankruptcy Judge Dennis Montali ("settlement judge") on ___**TBD**____, 2025 in the San Francisco Bankruptcy Court, Courtroom 17, 450 Golden

Gate Avenue, 16th Floor, San Francisco, CA.  The conference will be in person, and not via Zoom.

    2.   Debtors and their counsel should be present at 9:30 AM.  Creditor and its counsel should be present beginning at 10:30 AM.  The settlement conference will not be postponed absent leave of the settlement judge.

    3.   Counsel for all three sides should prepare and email to the settlement judge and to opposing counsel, but not file, a confidential Settlement Conference Statement ("Statement").  The Debtors will prepare and submit their Statements no later than \_\_\_\_\_**TBD**\_\_\_\_\_, 2025; the Creditor will submit its no later than \_\_\_\_\_**TBD**\_\_\_\_\_, 2025.

    The Statements need to be efficient and not waste time with the kind of redundant introductions typical of trial briefs or motions.  The parties are not making a record; they will not waive any right or defense by not mentioning it to the settlement judge.  In fact, the Statements should be more like outlines parties would use internally at trial to make sure they cover all the necessary bases to meet their burdens and rebut all of their opponents' relevant contentions.  The settlement judge will confer with each side's counsel separately regarding further specific instructions.

    Refer to docket numbers in the main cases and the APs for documents the settlement judge should consider – do not provide them separately.  If they are not on any of the dockets, attach them to a list of documents to include electronically and email them directly to the settlement judge.  If hard copies are necessary because they are long or hard to read, parties will

receive separate instructions from court staff for how to forward them to the settlement judge.

5. At the settlement conference, counsel for each side should be prepared to present orally to the settlement judge a forthright evaluation of the likelihood of prevailing on claims and defenses. The person or persons having full authority to settle the matter shall also appear at the settlement conference, subject only to whatever final authority must be obtained by Debtors in the main Chapter 11 cases.

6. The settlement conference will not conclude absent leave of the settlement judge, who may continue the conference from time to time at the settlement judge's discretion. The settlement judge may issue any order deemed appropriate to facilitate settlement or the expeditious resolution of the dispute. **Parties and their counsel should be prepared to remain beyond normal business hours if necessary; alternative arrangements should be made for routine personal and family commitments. The settlement judge will not normally excuse parties or counsel except in the case of emergency or extreme inconvenience.**

7. The parties must make a good faith attempt to settle the matter before the settlement conference.

8. Failure to comply with the terms and spirit of this order may lead to the imposition of sanctions under Bankruptcy Rule 7016 and Fed. R. Civ. P. 16(f).

\*\*END OF ORDER\*\*