**MEYER LAW GROUP LLP**
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone:   (415) 765-1588
Facsimile:   (415) 762-5277
Email:       brent@meyerllp.com

Attorneys for Debtors in Possession
RICHARD PAUL KINGSBOROUGH and
CYNTHIA EILEEN KINGSBOROUGH

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

| | |
|---|---|
| In re | BK Case No.: 25-10461-WJL |
| RICHARD PAUL KINGSBOROUGH and CYNTHIA EILEEN KINGSBOROUGH, | Chapter 11 |
| Debtors in Possession. | **CERTIFICATE OF SERVICE** |
| | Date:        October 14, 2025 |
| | Time:        9:30 a.m. |
| | Location:    1300 Clay Street |
| | Courtroom 220 |
| | Oakland, California 94612 |
| | Judge:       Hon. William J. Lafferty |

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
w w w . m e y e r l l p . c o m

Case: 25-10461   Doc# 31-1   Filed: 10/13/25   Entered: 10/13/25 10:54:15   Page 1 of 3

I, Brent D. Meyer, hereby declare as follows:

I am an active member of the State Bar of California and I am not a party to the above-captioned action; my business mailing address is 268 Bush Street #3639, San Francisco, California, 94104.

On October 13, 2025, I served copies of the following document(s):

**STATUS CONFERENCE STATEMENT FILED BY DEBTORS IN POSSESSION**

in the following manner on the parties listed below:

☐ **BY FEDERAL EXPRESS**: I enclosed the above-referenced document(s) in an envelope or package provided by Federal Express and addressed to the persons at the address(es) listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of Federal Express or delivered such document(s) to a courier or driver authorized by Federal Express to receive documents.

☐ **BY FIRST CLASS MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(b), I enclosed the above-referenced document(s) in a sealed envelope addressed to the persons at the address(es) listed below, placed first class postage fully prepaid thereon, and deposited said envelope in a United States mailbox.

☐ **BY CERTIFIED MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(h), I enclosed the above-referenced document(s) in a sealed envelope addressed to the persons at the address(es) listed below, transported the envelope to a United States Post Office, placed first class postage fully prepaid thereon with certified mail receipt, and provided the envelope to an agent of the United States Postal Service. The *Certified Mail Receipt Number* for each party served with the document(s) is as specified below.

☒ **BY NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to Bankruptcy Local Rule 9013-3(c), service of the above-referenced document(s) was also effective on the following persons whom are registered participants of the Court's CM/ECF system, consented to electronic service, and received an electronic copy of the above-referenced document(s) by the Clerk of the Court via Notice of Electronic Filing.

- **Asaph Abrams** *ecfcanb@aldridgepite.com*
- **Paul Gregory Leahy** *Paul.Leahy@usdoj.gov*
- **Brent D. Meyer** *brent@meyerllp.com*
- **Office of the U.S. Trustee / SR** *USTPRegion17.SF.ECF@usdoj.gov*
- **Teresa L Polk** *tp@smtdlaw.com, tugland@smtdlaw.com*
- **Jack Praetzellis** *jpraetzellis@foxrothschild.com, jack-praetzellis-1683@ecf.pacerpro.com*
- **Edward A. Treder** *ndcaecf@BDFGroup.com*

**MEYER LAW GROUP LLP**

268 BUSH STREET #3639
SAN FRANCISCO CA 94104
w w w . m e y e r l l p . c o m

BK CASE NO. 25-10461-WJL

CERTIFICATE OF SERVICE

☐ **BY ELECTRONIC MAIL (E-MAIL)**: I attached the above-referenced document(s) in an electronic mail (e-mail) message addressed to the following persons at the e-mail address(es) listed below.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on October 13, 2025 at Walnut Creek, California.

/s/ BRENT D. MEYER
Brent D. Meyer

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

BK CASE NO. 25-10461-WJL
CERTIFICATE OF SERVICE

Case: 25-10461    Doc# 31-1    Filed: 10/13/25    Entered: 10/13/25 10:54:15    Page 3 of 3