MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone:     (415) 364-5540
Facsimile:     (415) 391-4436

*Attorneys for Anvil Builders, Inc., Anvil Power, Inc.*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSE DIVISION

| | |
|---|---|
| In re: | Case No. 25-10461-WJL |
| RICHARD PAUL KINGSBOROUGH and CYNTHIA EILEEN KINGSBOROUGH, | Chapter 11 |
| Debtors. | **OBJECTION TO APPLICATION TO EMPLOY SEILER EPSTEIN LLP AS SPECIAL LITIGATION COUNSEL** |

Anvil Builders, Inc. and Anvil Power, Inc. ("Anvil"), by and its undersigned counsel, submits this objection (the "Objection") to the Debtors in Possession's Application for Authority to Employ Seiler Epstein LLP as Special Litigation Counsel (the "Application"). Dkt. 43. For the reasons set forth below, the Application should be denied without prejudice, or, alternatively, set for hearing for further input from parties in interest, including the Chapter 11 Trustee recently appointed in the related Kingsborough Atlas Tree Surgery, Inc. 25-10088 ("KBA") Bankruptcy Case.

## I.     PRELIMINARY STATEMENT

The aim of this Objection is to address threshold property of the estate issues implicated by the proposed engagement. The Application seeks to retain special counsel to prosecute claims in a pending state court action in which ***both*** the individual Debtors and KBA are plaintiffs, yet it does not clearly delineate which claims, rights, or recoveries are property of the individual bankruptcy estate versus the separate KBA bankruptcy estate.

1

180743348.2

This is particularly of concern because the underlying state court action arises from the alleged breach of an Asset Purchase Agreement ("APA") wherein KBA sold its assets to Anvil.[1] In other words, it appears that on its face the proposed engagement concerns pursuing claims belonging to another bankruptcy estate, namely, KBA's estate.

## II.    BACKGROUND

The Application seeks authority under section 327(a) to employ George M. Lee of Seiler Epstein LLP as special litigation counsel to pursue claims against Anvil Power, Inc. and related entities (collectively, the "Anvil Entities") in *Kingsborough Atlas Tree Surgery, Inc. v. Anvil Power, Inc., et al.*, Sonoma County Superior Court No. 25CV00751 (the "State-Court Action"). As framed, the State-Court Action lists both the Debtors and KBA as plaintiffs, and the Application asserts that the Debtors' estate has claims of significant value arising from that litigation. Critically, however, the Application does not explain which claims belong to the Debtors and which belong to KBA. This is particularly problematic because this Court recently appointed a Chapter 11 trustee over the KBA estate. Bankr. N.D. Cal. 25-10088 at Dkt. 325.

## III.    OBJECTIONS

*First*, the Application does not identify with precision which claims in the State-Court Action are property of the Debtors' estate and within the Debtors' authority to pursue, as opposed to claims that are, owned by KBA (a separate debtor) and therefore within the exclusive control of KBA's estate and its newly appointed Chapter 11 Trustee. Absent a clear delineation of claim ownership, the proposed engagement risks authorizing special counsel to prosecute claims that belong to KBA's estate, not the Debtors' estate that will certainly lead to expense, trouble, and confusion in the state court and in this Bankruptcy Case as well as the KBA Bankruptcy Case.

*Second*, the Chapter 11 Trustee's recent appointment in the KBA case makes it both necessary and appropriate to solicit that trustee's position on the scope, ownership, and prosecution of any claims

---

[1] The recitals to the APA state: "A. Seller [KBA] is engaged in the business of residential, commercial, and governmental tree service (the "Business"). Shareholders [the Debtors] own all of the outstanding capital stock of Seller. [¶] B. Seller wishes to sell and assign to Buyer, and Buyer wishes **to purchase** and assume **from Seller**, certain of the **assets,** and certain specified **liabilities, of the Business**, subject to the terms and conditions set forth in this Agreement." Empasis added.

2

arising from or related to the KBA asset purchase agreement and the State-Court Action before authorizing special counsel here. That trustee should be given a reasonable opportunity to investigate the State Court Action and determine whether or not these claims belong to the KBA Estate, the Debtors' Estate, or some mixture of the two. Thereafter, any special counsel should be employed, if appropriate, solely with respect to claims that are in fact property of this Estate.

### IV.  **REQUESTED RELIEF**

For the reasons above, the Court should deny the Application without prejudice and require the Debtors to file a supplemental statement that: (i) specifically identifies the claims to be prosecuted by special counsel and explains why those claims are property of the Debtors' estate; (ii) confirms that special counsel will not prosecute, control, settle, or otherwise impair any claims that are property of the KBA estate. Further, the Court should give parties in interest, including the newly appointed Chapter 11 Trustee, a reasonable opportunity to weigh in on these issues.

Alternatively, the Court should set a hearing on the Application to allow notice to, and a position statement from, the KBA Chapter 11 Trustee regarding ownership and prosecution of the claims asserted in the State-Court Action.

### V.  **RESERVATION OF RIGHTS**

The Anvil Entities reserve all rights to supplement this Objection, to be heard at any hearing on the Application, and to raise any additional issues that may arise upon further review of any supplemental filings or positions taken by the Debtors, the KBA trustee, or other parties in interest.

Date: January 5, 2026

FOX ROTHSCHILD LLP

*/s/ Jack Praetzellis*
Jack Praetzellis

*Attorneys for Anvil Builders, Inc., Anvil Power, Inc.*

3

180743348.2

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 900, Los Angeles, CA 90067.

A true and correct copy of the foregoing documents entitled: OBJECTION TO APPLICATION TO EMPLOY SEILER EPSTEIN LLP AS SPECIAL LITIGATION COUNSEL will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.　　**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 1/05/26, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Asaph Abrams　　ecfcanb@aldridgepite.com
- Paul Gregory Leahy　　Paul.Leahy@usdoj.gov
- Brent D. Meyer　　brent@meyerllp.com
- Office of the U.S. Trustee / SR　　USTPRegion17.SF.ECF@usdoj.gov
- Teresa L Polk　　tp@smtdlaw.com, tugland@smtdlaw.com
- Jack Praetzellis　　jpraetzellis@foxrothschild.com, jack-praetzellis-1683@ecf.pacerpro.com
- Edward A. Treder　　ndcaecf@BDFGroup.com

**2**.　　**SERVED BY UNITED STATES MAIL**: On N/A, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**3**.　　**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on N/A, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/05/2026 | Kimberly Hoang | */s/ Kimberly Hoang* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Case: 25-10461　　Doc# 45　　Filed: 01/05/26　　Entered: 01/05/26 09:22:29　　Page 4 of 4