**MEYER LAW GROUP LLP**
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone:   (415) 765-1588
Facsimile:   (415) 762-5277
Email:       brent@meyerllp.com

Attorneys for Debtors in Possession
RICHARD PAUL KINGSBOROUGH and
CYNTHIA EILEEN KINGSBOROUGH

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

| | |
|---|---|
| In re | BK Case No.: 25-10461-WJL |
| RICHARD PAUL KINGSBOROUGH and CYNTHIA EILEEN KINGSBOROUGH, | Chapter 11 |
| Debtors in Possession. | **STATUS CONFERENCE STATEMENT FILED BY DEBTORS IN POSSESSION** |
| | Date:        February 18, 2026 |
| | Time:        9:30 a.m. |
| | Location:    1300 Clay Street |
| | Courtroom 220 |
| | Oakland, California 94612 |
| | Judge:       Hon. William J. Lafferty |

- 1 -

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

Debtors in Possession Richard Paul Kingsborough and Cynthia Eileen Kingsborough ("Debtors") hereby submit this *Status Conference Statement* in advance of the continued Status Conference in the above-captioned matter.

The trajectory of this Chapter 11 case is closely related to resolution of the pre-petition claims that Debtors and their related entity Kingsborough Atlas Tree Surgery Inc. ("KBA") have asserted against Anvil. Debtors have been in semi-regular contact with the Chapter 11 Trustee for KBA to discuss the possibility of a global resolution of claims between Debtors, KBA, and Anvil, but to date, the Trustee is still in the process of determining how best to proceed with litigation of the claims that KBA has asserted against Anvil. Further, on February 13, 2026, the Trustee filed a *Motion to Convert Case to Chapter 7*, which is currently scheduled for hearing before this Court on March 18, 2026.

As such, Debtors respectfully request that the Court continue the status conference in this matter for approximately 60 days, which will allow sufficient time for the Court to resolve the *Motion to Convert Case to Chapter 7* and for Debtors to communicate with the Chapter 7 Trustee (if the case is converted) regarding the claims asserted against Anvil. Once there is clarity on these issues, then Debtors will be in a better position to advise this Court regarding the contours of their proposed Chapter 11 Plan of Reorganization.

Dated: February 16, 2026

**MEYER LAW GROUP LLP**

By: /s/ BRENT D. MEYER
Brent D. Meyer
Attorneys for Debtors in Possession
RICHARD PAUL KINGSBOROUGH and
CYNTHIA EILEEN KINGSBOROUGH

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

BK CASE NO. 25-10461-WJL
STATUS CONFERENCE STATEMENT FILED BY DEBTORS IN POSSESSION

Case: 25-10461   Doc# 52   Filed: 02/16/26   Entered: 02/16/26 20:51:19   Page 2 of 2