**MEYER LAW GROUP LLP**
A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone: (415) 765-1588
Facsimile: (415) 762-5277
Email: brent@meyerllp.com

Attorneys for Debtors in Possession
RICHARD PAUL KINGSBOROUGH and
CYNTHIA EILEEN KINGSBOROUGH

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re<br><br>RICHARD PAUL KINGSBOROUGH and CYNTHIA EILEEN KINGSBOROUGH,<br><br>Debtors in Possession. | BK Case No.: 25-10461-WJL<br><br>Chapter 11<br><br>**STATUS CONFERENCE STATEMENT FILED BY DEBTORS IN POSSESSION**<br><br>Date: May 13, 2026<br>Time: 10:30 a.m.<br>Location: 1300 Clay Street<br>Courtroom 220<br>Oakland, California 94612<br>Judge: Hon. William J. Lafferty |



Case: 25-10461 Doc# 63 Filed: 05/11/26 Entered: 05/11/26 09:52:23 Page 1 of 2

Debtors in Possession Richard Paul Kingsborough and Cynthia Eileen Kingsborough ("Debtors") hereby submit this *Status Conference Statement* in advance of the continued Status Conference in the above-captioned matter.

The trajectory of this Chapter 11 case is closely related to resolution of the pre-petition claims that Debtors and their related entity Kingsborough Atlas Tree Surgery Inc. ("KBA") have asserted against Anvil. Debtors have been in semi-regular contact with the now Chapter 7 Trustee for KBA (formerly Chapter 11 Trustee) to discuss the possibility of a global resolution of claims between Debtors, KBA, and Anvil, but to date, the Trustee is still in the process of determining how best to proceed with litigation (or possible settlement) of the claims that KBA has asserted against Anvil.

As such, Debtors respectfully request that the Court continue the status conference in this matter for approximately 60 days, which will allow sufficient time the Chapter 7 Trustee in the KBA matter to determine whether a settlement or other resolution of the claims asserted against Anvil is feasible. Once there is clarity on these issues, then Debtors will be in a better position to advise this Court regarding the contours of their proposed Chapter 11 Plan of Reorganization.

Dated: May 11, 2026

**MEYER LAW GROUP LLP**

By: /s/ BRENT D. MEYER
Brent D. Meyer
Attorneys for Debtors in Possession
RICHARD PAUL KINGSBOROUGH and
CYNTHIA EILEEN KINGSBOROUGH



Case: 25-10461 Doc# 63 Filed: 05/11/26 Entered: 05/11/26 09:52:23 Page 2 of 2