MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436

*Attorneys for Anvil Builders, Inc., Anvil Power, Inc.*
*And Anvil Equipment Company, LP*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSE DIVISION

| | |
|---|---|
| In re:<br><br>RICHARD PAUL KINGSBOROUGH and CYNTHIA EILEEN KINGSBOROUGH,<br><br>Debtors. | Case No. 25-10461-WJL<br><br>Chapter 11<br><br>**FIFTH STIPULATION TO EXTEND DEADLINES UNDER §§ 727 AND 523 OF THE BANKRUPTCY CODE** |

Debtors Richard Paul Kingsborough and Cynthia Eileen Kingsborough (the “Debtors”) and Anvil Builders, Inc., Anvil Power, Inc. and Anvil Equipment Company, LP (collectively, “Anvil”, and together with the Debtors, the “Parties”), by and through their counsel of record hereby stipulate as follows:

A. WHEREAS, the Debtors have filed a petition under chapter 11 of Title 11 of the United States Code (the “Bankruptcy Code”); and

B. WHEREAS, the time to object to the Debtors’ discharge needs to be extended upon Anvil’s request in order to allow the Parties time to determine if any such action needs to be pursued or if the matter may be resolved;

It is now therefore STIPULATED and AGREED as follows:

1. Anvil's time to object to the Debtors' discharge pursuant to section 727 of the Bankruptcy Code be, and it hereby is, extended up to and including September 9, 2026, without prejudice to further extensions;

2. Anvil's time to object to the dischargeability of its claims against the Debtors, pursuant to section 523 of the Bankruptcy Code be, and it hereby is, extended up to and including September 9, 2026, without prejudice to further extensions.

It is SO STIPULATED.

Date: June 2, 2026

FOX ROTHSCHILD LLP

*<u>/s/ Jack Praetzellis</u>*
Jack Praetzellis

*Attorneys for Anvil Builders, Inc.*

Date: June 2, 2026

MEYER LAW GROUP LLP

*<u>/s/ Brent D. Meyer</u>*
Brent D. Meyer
*Attorneys for Debtors*

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 900, Los Angeles, CA 90067.

A true and correct copy of the foregoing documents entitled: FIFTH STIPULATION TO EXTEND DEADLINES UNDER §§ 727 AND 523 OF THE BANKRUPTCY CODE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 6/02/26, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Asaph Abrams ecfcanb@aldridgepite.com
- Paul Gregory Leahy Paul.Leahy@usdoj.gov
- Brent D. Meyer brent@meyerllp.com
- Office of the U.S. Trustee / SR USTPRegion17.SF.ECF@usdoj.gov
- Teresa L Polk tp@smtdlaw.com, tugland@smtdlaw.com
- Jack Praetzellis jpraetzellis@foxrothschild.com, jack-praetzellis-1683@ecf.pacerpro.com
- Edward A. Treder ndcaecf@BDFGroup.com

**2. SERVED BY UNITED STATES MAIL**: On N/A, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on N/A, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | Printed Name | Signature |
|---|---|---|
| 6/02/2026 | Kimberly Hoang | */s/ Kimberly Hoang* |