**MEYER LAW GROUP LLP**
A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone: (415) 765-1588
Facsimile: (415) 762-5277
Email: brent@meyerllp.com

Attorneys for Debtors in Possession
RICHARD PAUL KINGSBOROUGH and
CYNTHIA EILEEN KINGSBOROUGH

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re<br><br>RICHARD PAUL KINGSBOROUGH and CYNTHIA EILEEN KINGSBOROUGH,<br><br>Debtors in Possession. | BK Case No.: 25-10461-WJL<br><br>Chapter 11<br><br>**STATUS CONFERENCE STATEMENT FILED BY DEBTORS IN POSSESSION**<br><br>Date: July 15, 2026<br>Time: 10:30 a.m.<br>Location: 1300 Clay Street<br>Courtroom 220<br>Oakland, California 94612<br>Judge: Hon. William J. Lafferty |



MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

Case: 25-10461 Doc# 69 Filed: 07/14/26 Entered: 07/14/26 14:34:56 Page 1 of 2

Debtors in Possession Richard Paul Kingsborough and Cynthia Eileen Kingsborough ("Debtors") hereby submit this *Status Conference Statement* in advance of the continued Status Conference in the above-captioned matter.

The trajectory of this Chapter 11 case is closely related to resolution of the pre-petition claims that Debtors and their related entity Kingsborough Atlas Tree Surgery Inc. ("KBA") have asserted against Anvil. Debtors have been in semi-regular contact with the now Chapter 7 Trustee for KBA (formerly Chapter 11 Trustee) to discuss the possibility of a global resolution of claims between Debtors, KBA, and Anvil. As of the date of this *Statement*, Debtors understand that proposal(s) have been exchanged, but at present, there has not been any agreed upon resolution between Anvil and the Chapter 7 estate of KBA.

As such, Debtors respectfully request that the Court continue the status conference in this matter for approximately 60-90 days, which should allow sufficient time for the Chapter 7 Trustee in the KBA matter and Anvil to determine whether a settlement or other resolution of the claims asserted against Anvil is feasible. Once there is clarity on these issues, then Debtors will be in a better position to advise this Court regarding the contours of their proposed Chapter 11 Plan of Reorganization.

Dated: July 14, 2026

**MEYER LAW GROUP LLP**

By: /s/ BRENT D. MEYER
Brent D. Meyer
Attorneys for Debtors in Possession
RICHARD PAUL KINGSBOROUGH and
CYNTHIA EILEEN KINGSBOROUGH