**Entered on Docket**
**September 3, 2026**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436

*Attorneys for Anvil Builders, Inc., Anvil Power, Inc. and Anvil Equipment Company, LP*

**The following constitutes the order of the Court.**
**Signed: September 3, 2026**

**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>RICHARD PAUL KINGSBOROUGH and CYNTHIA EILEEN KINGSBOROUGH,<br><br>Debtors. | Case No. 25-10461-WJL<br><br>Chapter 11<br><br>**ORDER GRANTING SIXTH STIPULATION TO EXTEND DEADLINES UNDER §§ 727 AND 523 OF THE BANKRUPTCY CODE** |

Upon the stipulation of the Debtors Richard Paul Kingsborough and Cynthia Eileen Kingsborough (the "Debtors") and Anvil Builders, Inc., Anvil Power, Inc. and Anvil Equipment Company, LP (collectively, "Anvil") filed at Docket No. 74, and good cause appearing,

1. Anvil's time to object to the Debtors' discharge pursuant to section 727 of the Bankruptcy Code be, and it hereby is, extended up to and including December 11, 2026, without prejudice to further extensions;

2. Anvil's time to object to the dischargeability of its claims against the Debtors, pursuant to section 523 of the Bankruptcy Code be, and it hereby is, extended up to and including December 11, 2026, without prejudice to further extensions.

It is so ORDERED.

***END OF ORDER***

Court Service List

All parties on ECF.





Case: 25-10461 Doc# 75 Filed: 09/03/26 Entered: 09/03/26 15:00:11 Page 2 of 2